In the Matter of the Claim of ABRAHAM ZIMMERMAN, Appellant, against CAPITOL MILK BARS, INC., and EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN, Respondents. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by claimant from a decision of the State Industrial Board disallowing a claim for workmen's compensation. Claimant, employed as a purchasing agent by the employer-respondent, alleges that on January 20, 1940, while engaged in the regular course of his employment, he sustained accidental injuries which resulted in acute coronary occlusion. The State Industrial Board disallowed the claim on the ground that the alleged accidental injuries sustained by claimant did not arise out of and in the course of his employment and that there was no causal relation between the acute coronary occlusion and the industrial accident. A question of fact was presented and there is ample competent medical evidence to warrant the finding of the Board. Decision of the State Industrial Board affirmed and the claim for compensation disallowed. Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of the Claim of JOHN J. HENRY, Appellant, against SISTERS OF THE POOR OF ST. FRANCIS and THE TRAVELERS INSURANCE Co., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision of this court, handed down January 14, 1942 [*ante*, p. 912], amended to read as follows: The claimant was a resident of White Plains, N. Y., and was injured in an automobile accident on January 9, 1939, while riding in another man's car as a passenger on the way to Warwick. The appellant claims that he was an employee of the Sisters of the Poor of St. Francis at the time of the accidental injury, and that his injury arose out of and in the course of such employment. The Industrial Board has found upon the evidence in the record to the contrary and that at the time claimant was injured he was not an employee of his alleged employer. The alleged employer was carrying on some construction work at Warwick at the time and the appellant's case rests on his claim that he was hired at White Plains by a man named Kennedy, who was an employee of this alleged employer, working on the job at Warwick and residing at White Plains. On this job at Warwick a number of plasterers were employed and a man named Spearman was foreman of the plasterers. The only real issue in this case is the weight of evidence, an issue which this court cannot review. Decision of the Industrial Board unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.